**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

VISUAL INTERACTIVE PHONE
CONCEPTS, INC., a Nevada Corporation

                Plaintiff,        Case No: 2:11-cv-12945

vs.                                     Hon. Patrick J. Duggan

SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, a Delaware
Limited Liability Company,

                Defendant.
_____

MANTESE HONIGMAN ROSSMAN
And WILLIAMSON, P.C.
Attorneys for Plaintiff
Gerard V. Mantese (P34424)
gmantese@manteselaw.com
Ian M. Williamson (P65056)
iwilliamson@manteselaw.com
Brendan H. Frey (P70893)
bfrey@manteselaw.com
1361 E. Big Beaver Road
Troy, MI  48083
(248) 457-9200 (telephone)
(248) 457-9201 (facsimile)

KOHN & ASSOCIATES, PLLC
Attorneys for Plaintiff
Kenneth I. Kohn (P35170)
k.kohn@kohnandassociates.com
Barbara L. Mandell (P36437)
b.mandell@kohnandassociates.com
30500 Northwestern Hwy, Suite 410
Farmington Hills, MI  48334
(248) 539-5050 (telephone)
(248) 539-5055 (facsimile)
_____

## APPEARANCE

PLEASE TAKE NOTICE that Barbara L. Mandell of Kohn & Associates, PLLC hereby enters his Appearance on behalf of Plaintiff in the above-entitled action.

          Respectfully submitted,

          **KOHN & ASSOCIATES, PLLC**
          Attorneys for Plaintiff

By:    s/ Barbara L. Mandell
        Barbara L. Mandell  (P36437)
        b.mandell@kohnandassociates.com
        30500 Northwestern Hwy, Suite 410
        Farmington Hills, MI  48334

Date: July 8, 2011