# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **VISUAL INTERACTIVE PHONE CONCEPTS, INC.,**  *Plaintiff,*  v.  **SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG INFORMATION SYSTEMS AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDS AMERICA, INC.,**  *Defendants.* | Civil Action No: 11-12945-LPZ-LJM  Hon. Lawrence P. Zatkoff  Mag. Judge Laurie J. Michelson  DEMAND FOR JURY TRIAL |

## AGREED-UPON PROPOSED SCHEDULE

| Event | Deadline |
|---|---|
| Plaintiff's First Amended Complaint to be filed | June 4, 2013 |
| STA's, SEA's, SISA's Answer to Plaintiff's First Amended Complaint | July 10, 2013 |
| SDSA's Answer to Plaintiff's First Amended Complaint | July 26, 2013 |
| VIPC's Answer to any Amended Counterclaims by STA, SEA, and SISA | July 29, 2013 |
| VIPC's Answer to any Amended Counterclaims by SDSA | August 12, 2013 |
| Exchange Supplemental Initial Disclosures | August 27, 2013 |
| Preliminary Infringement Contentions | September 10, 2013 |
| Preliminary Invalidity Contentions | October 10, 2013 |
| Exchange of proposed claim terms to be construed by the Court | November 5, 2013 |

| Event | Deadline |
|---|---|
| Exchange of proposed claim constructions for all identified terms | November 26, 2013 |
| Deadline for the Parties to meet and confer regarding terms to be construed by the Court | December 10, 2013 |
| Initial claim construction and intervening rights briefs from Plaintiff and Defendants to be filed with the Court | January 21, 2014 |
| Reply claim construction and intervening rights briefs from Plaintiff and Defendants to be filed with the Court | March 4, 2014 |
| Joint claim construction charts to be filed with the Court | March 18, 2014 |
| Claim construction hearing | April 2014 |

s/Lawrence P. Zatkoff

Dated:  September 10, 2013