# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VISUAL INTERACTIVE PHONE
CONCEPTS, INC., a Nevada Corporation

                                          Plaintiff,      Case No. 2:11-cv-12945

vs.

                                                          Hon. Lawrence P. Zatkoff

SAMSUNG TELECOMMUNICATIONS    Mag. Judge Laurie Michelson
AMERICA, LLC, a Delaware
limited liability company; SAMSUNG
INFORMATION SYSTEMS AMERICA, INC.,
a California corporation; and SAMSUNG ELECTRONICS
AMERICA, INC., a New York corporation,

                                          Defendants.

## CONSENTED-TO MOTION FOR PERMISSION
## FOR BARBARA L. MANDELL TO
## <u>WITHDRAW AS COUNSEL FOR PLAINTIFF AND ORDER</u>

     Attorney Barbara L. Mandell, who has appeared as one of Plaintiff's counsel in this matter in her position as Of Counsel with Kohn & Associates, PLLC, has resigned from her position with Kohn & Associates, PLLC effective November 5, 2013, and is transitioning this week to a new position with Rader, Fishman & Grauer PLLC.  All of the parties and counsel have consented to this withdrawal, including her client, Plaintiff, Visual Interactive Phone Concepts, Inc. ("VIPC").  Accordingly Barbara L. Mandell hereby requests permission for an Order granting withdrawal.

        Respectfully submitted,

        Barbara L. Mandell
        Attorney for Plaintiff

        /s/Barbara L. Mandell
        Barbara L. Mandell (P33437)

Consented:

Lauren A. Degnan,
Fish & Richardson

Kenneth I. Kohn,
Kohn & Associates, PLLC

Brendan Frey,
Mantese Honigman Rossman & Williamson, P.C.

Dated: November 5, 2013

## ORDER GRANTING WITHDRAWAL

So ordered.

_____
Hon. Lawrence P. Zatkoff                                       Dated:

## CERIFICATE OF SERVICE

I, Barbara Mandell, hereby certify that on November 5, 2013, I caused the foregoing to be filed using the Court's CM?ECF system, which will provide service on all counsel of record.

    /s/Barbara L. Mandell
Barbara L. Mandell (P33437)


Dated:  November 5, 2013