UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VISUAL INTERACTIVE PHONE
CONCEPTS, INC., a Nevada Corporation

                     Plaintiff,      Case No. 2:11-cv-12945

vs.

                                        Hon. Lawrence P. Zatkoff

SAMSUNG TELECOMMUNICATIONS     Mag. Judge Laurie Michelson
AMERICA, LLC, a Delaware
limited liability company; SAMSUNG
INFORMATION SYSTEMS AMERICA,
INC., a California corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation,

                    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW BY MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C. AND GRANTING A 45-DAY STAY

     Before the Court is a motion by Mantese Honigman Rossman and Williamson, P.C. to withdraw as Plaintiff's lead counsel and for a 90-day stay [DE 50].  The motion is unopposed.

     The Court hereby orders that Mantese Honigman Rossman and Williamson, P.C. is permitted to withdraw as counsel for Plaintiff.  In addition, this case shall be stayed for forty-five (45) days following entry of this Order to allow Plaintiff to select new lead counsel.

     **IT IS SO ORDERED.**

Dated:  November 6, 2013                            s/Lawrence P. Zatkoff
                                                                 Hon. Lawrence P. Zatkoff
                                                                  United States District Court Judge