# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., | |
| Plaintiff, | Civil Action No.:  11-12945 LPZ-LJM |
| v. | Hon. Lawrence P. Zatkoff |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG INFORMATION SYSTEMS AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDS AMERICA, INC., | Mag. Judge Laurie J. Michelson |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL

The parties to this action, through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this action, and all claims and counterclaims that have been asserted therein, shall be, and the same hereby are, dismissed without prejudice and without costs or fees to any party.

The parties further agree that if either party subsequently commences a new action arising out of or relating to the claims or defenses asserted in this action, absent written agreement of the parties otherwise, that action shall be brought in the Eastern District of Michigan and the Undersigned shall retain jurisdiction.

IT IS SO ORDERED.

Date:  December 27, 2013                                       s/Lawrence P. Zatkoff

                                                                                   Hon. Lawrence P. Zatkoff

Dated: Farmington Hills, Michigan
      December 12, 2013

KOHN AND ASSOC.

By: /s/Kenneth I. Kohn
    Kenneth I. Kohn
30500 Northwestern Highway
410 N. Valley Office Center
Farmington Hills, Michigan 48083
Telephone: (248) 539-5050
Facsimile: (248) 539-5055

SULLIVAN & WORCESTER LLP
Andrew T. Solomon
Gerald D. Silver
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Plaintiff Visual Interactive Phone Concepts, Inc.*

Dated: Detroit, Michigan
      December 13, 2013

DICKINSON WRIGHT, PLLC

By: /s/ L. Pahl Zinn
    L. Pahl Zinn (P57516)
500 Woodward Avenue
Suite 4000
Detroit, Michigan 48226
Telephone: (313) 223-3500
Facsimile: (313) 223-3598

FISH & RICHARDSON, P.C.
Lauren A. Degnan
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Christopher G. Smith
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 778-8419
Facsimile: (302) 652-0607

*Attorneys for Defendants Samsung Telecommunications America, LLC; Samsung Information Systems America, Inc.; Samsung Electronics America, Inc.; Samsung SDS America, Inc.*